◼ In the Matter of VINCENT MORENO, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [10 NYS3d 916]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a prison disciplinary determination. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the manda-

tory $5 surcharge has been refunded to petitioner's inmate account. Although not referenced in the letter from the Attorney General, in the event that any loss of good time was incurred as a result of the determination, it should be restored (*see Matter of Laliveres v Prack*, 125 AD3d 1029, 1029 [2015]). Otherwise, given that petitioner has received all of the relief to which he is entitled, the proceeding is dismissed as moot (*see Matter of Ramos v Department of Corr. & Community Supervision*, 123 AD3d 1215, 1215 [2014]).

Garry, J.P., Egan Jr., Devine and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.